**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ALKEYIA IESHIA WOODS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 3:24-cv-01450** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **AMERICAN HOMES 4 RENT,** | ) | **MAGISTRATE JUDGE** |
| | ) | **FRENSLEY** |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation recommending the Court grant the motion to dismiss and to compel arbitration filed by Defendant American Homes 4 Rent (Doc. No. 11) and that this action be stayed and administratively closed pending resolution of arbitration proceedings between the parties. (Doc. No. 16). The Report and Recommendation advised the parties that objections to the Magistrate Judge's Report and Recommendation were to be filed within fourteen days of service. (Doc. No. 16 at 7). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 16) and concludes that it should be **ADOPTED** and **APPROVED**.  Accordingly, this case is hereby stayed, and the Clerk is directed to administratively close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE